**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  CHARLES W. HUTT                                    Case Number: 07-72590
303 HICKORY LANE
KIRKLAND, IL  60146            SSN-xxx-xx-9019

Case filed on:   10/24/2007
Plan Confirmed on:   4/4/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,500.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY RICHARD G LARSEN | 3,774.00 | 3,774.00 | 2,180.00 | 0.00 |
|  | Total Legal | 3,774.00 | 3,774.00 | 2,180.00 | 0.00 |
| 999 | CHARLES W. HUTT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE HOME FINANCE LLC | 26,617.90 | 89.58 | 89.58 | 0.00 |
| 002 | CHASE HOME FINANCE | 89,714.24 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 116,332.14 | 89.58 | 89.58 | 0.00 |
| 003 | AT & T WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | PORTFOLIO RECOVERY ASSOCIATES | 2,011.85 | 221.30 | 2.07 | 0.00 |
| 005 | CHRYSLER FINANCIAL | 8,546.98 | 940.17 | 8.76 | 0.00 |
| 006 | CITIBANK / EXXON MOBIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | LVNV FUNDING LLC | 665.27 | 73.18 | 0.68 | 0.00 |
| 009 | HSBC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MERRICK BANK | 2,868.56 | 315.54 | 2.94 | 0.00 |
| 013 | PROVIDIAN% SST | 3,008.76 | 330.96 | 3.08 | 0.00 |
| 014 | PORTFOLIO RECOVERY ASSOCIATES | 3,787.13 | 416.58 | 3.88 | 0.00 |
| 015 | CAPITAL ONE | 1,824.80 | 200.73 | 1.87 | 0.00 |
|  | Total Unsecured | 22,713.35 | 2,498.46 | 23.28 | 0.00 |
|  | Grand Total: | 142,819.49 | 6,362.04 | 2,292.86 | 0.00 |

Total Paid Claimant:    $2,292.86
Trustee Allowance:      $207.14        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.93       discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008        By  /s/Heather M. Fagan